# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 17-00100 |
| Patricia Ann Fisher | Chapter 13 |
| Debtor. | Judge James M. Carr |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned counsel, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                1
Last 4 Digits of Account Number:    1196

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>4849 Greenville Avenue, Suite 800<br>Dallas, TX 75206 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| **Current Address for Payments:** | **NEW Address for Payments (Effective Immediately):** |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 |
| Phone:<br>Email: | Phone:<br>Email: |

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile, Esq. (27696-49)
Jon Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Richard P. Batesky, Jr., Debtor's Counsel
    ssharondove@aol.com

    John Morgan Hauber, Chapter 13 Trustee
    ecfmail@hauber13.com

    Office of the United States Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on April 12, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Patricia Ann Fisher
    4163 Central Avenue
    Indianapolis, IN 46205

                                            /s/ D. Anthony Sottile
                                            D. Anthony Sottile, Esq. (27696-49)
                                            Jon Lieberman, Esq. (OH 0058394)